IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| MORTGAGES LTD., | Case No. 2:08-bk-07465-SHG |
| Debtor. | **ORDER APPROVING ML MANAGER'S PAYMENT OF FINAL DISTRIBUTION AND DEPOSIT OF UNCLAIMED FUNDS WITH CLERK OF COURT** |
| | **Hearing Date: November 25, 2025** <br> **Hearing Time: 2:00 p.m.** |

ML Manager LLC ("ML Manager") filed a *Motion for an Order Approving ML Manager's Motion for An Order Authorizing Final Distribution, Deposit of Unclaimed Funds With Clerk of Court, and Possible Transfer of Remnant Property* (Docket No. 4553) ("Motion") requesting that the Court enter an order approving and authorizing ML Manager, as the Manager for the Loan LLCs and the MP Fund LLCs and as the Agent for the Pass-Through Investors in the ML Loans, to accomplish certain actions as presented in the Motion.  Good and sufficient notice to creditors, interested parties, the Investors in all the Loan LLCs and MP Fund LLCs and the Pass-Through Investors in the ML Loans, of the Motion and hearing date was served.  No objection was filed. The hearing was held on November 25, 2025 at 2:00 p.m., and at the conclusion of the hearing the Court granted the Motion.

Upon consideration of the Motion and the statements and arguments of counsel at the hearing, the Court finds and concludes as follows:

(a)     This Court has jurisdiction to rule upon the issues presented in the Motion;

(b)     The Motion and the Court's hearing thereon were duly and properly noticed;

(c)     ML Manager, as Manager for the Loan LLCs and the MP Fund LLCs and as Agent for the Pass-Through Investors in the ML Loans, is authorized, among other things, to execute any and all necessary documents and take all actions requested in the Motion; and

(d)     ML Manager's decision to undertake and perform certain actions as presented in the Motion reflects a reasonable solution of the complex issues involved, is in the best interest of the Investors, and is supported by the best exercise of business judgment consistent with ML Manager's fiduciary duties and responsibilities.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

(1)     The Motion is granted and the actions presented in the Motion are approved in their entirety.

(2)     ML Manager, as Manager for the Loan LLCs and the MP Fund LLCs and as Agent for the Pass-Through Investors in the ML Loans, is authorized and directed to execute any and all necessary documents and take any and all actions necessary to implement the actions as presented in the Motion, including but not limited to payment of the Final Distribution to the Investors and depositing the Unclaimed Funds with the Clerk of the Bankruptcy Court pursuant to the General Order and Rules except that the deposit shall be held and used by the Clerk of the Court for up to 6 months rather than 90 days after the Final Distribution so the Investors can have sufficient time to apply for the Unclaimed Funds.

(3)     Issues regarding the remnant property in Tucson shall be reserved and dealt with at a later time.

(4) ML Manager is authorized and may take further appropriate actions to winddown the activities of ML Manager as discussed in the Motion, including reserving and using funds to accomplish and perform such actions.

(5) The Court approves and authorizes that upon the Board being relieved of its services, VSA Accounting Services is appointed to act on behalf of and perform the Winddown Activities of ML Manager and accept possession of the reserved funds and use such funds to pay the expenses of the Winddown Activities and take such actions necessary for ML Manager to complete the Winddown Activities.

(6) This Order is not a final decree. ML Manager has retained authority and the Court agrees that ML Manager may continue to seek Court approval as it deems necessary. This Order upon entry shall serve as a final Order for the Final Distribution which shall be made before the end of 2025.

**DATED AND ORDERED, ADJUDGED AND DECREED AS STATED ABOVE.**